780

*Paul & Manos,* for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Seymour, Appellant.

Submitted December 8, 1970. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted December 7, 1970. *Charles J. King, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.